1  LATHAM & WATKINS LLP
   Michael H. Rubin  (CA Bar No. 214636)
2      *michael.rubin@lw.com*
   Melanie M. Blunschi (CA Bar No. 234264)
3      *melanie.blunschi@lw.com*
   505 Montgomery Street, Suite 2000
4  San Francisco, California 94111-6538
   Telephone:  +1.415.391.0600
5  Facsimile:  +1.415.395.8095

6
   Serrin A. Turner (*pro hac vice*)
7      *serrin.turner@lw.com*
   1271 Avenue of the Americas
8  New York, NY 10020
   Telephone: +1.212.906.1200
9  Facsimile: +1.212.751.4864

10 Attorneys for Defendant *Accellion, Inc.*

11 *[Additional Counsel on Signature Page]*

12

13               UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15                    SAN JOSE DIVISION

16

| | |
|---|---|
| 17  MADALYN BROWN, COLE MCDOWELL, CHRISTY BROCKINGTON and DEREK DAWES, individually and on behalf of all others similarly situated, | Case No. 5:21-cv-01155-EJD |
| 18 | |
| 19                    Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO TOLL DEADLINES TO RESPOND TO CLASS PLAINTIFFS' COMPLAINTS AND TO EXTEND THE TIME TO ANSWER OR RESPOND TO CLASS PLAINTIFFS' COMPLAINTS OR A CONSOLIDATED AMENDED COMPLAINT** |
| 20         v. | |
| 21  ACCELLION, INC., a Delaware Corporation, | |
| 22         Defendant. | |
| 23 | Filed February 17, 2021 |
| 24 | |
| 25  SUSAN ZEBELMAN, on behalf of herself and all others similarly situated, | Case No. 5:21-cv-01203-EJD |
| 26                    Plaintiff, | Filed February 18, 2021 |
| 27         v. | |
| 28  ACCELLION, INC., a Delaware limited | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND PO TO TOLL DEADLINES TO RESPOND
TO PLAINTIFFS' COMPLAINTS
Case No.: 5:21-cv-01155-EJD

liability company,

    Defendant.

| | |
|---|---|
| HEATHER RODRIGUEZ, on behalf of herself and all others similarly situated, | Case No. 5:21-cv-01272-EJD |
| Plaintiff, | Filed February 22, 2021 |
| v. | |
| ACCELLION, INC., | |
| Defendant. | |

| | |
|---|---|
| JARAMEY STOBBE, individually and on behalf of all others similarly situated, | Case No. 5:21-cv-01353-EJD |
| Plaintiff, | Filed February 24, 2021 |
| v. | |
| ACCELLION, INC., | |
| Defendant. | |

| | |
|---|---|
| CHRISTINA PRICE, individually and on behalf of herself and all other persons similarly situated, | Case No. 3:21-cv-01430-EJD |
| Plaintiff, | Filed February 26, 2021 |
| v. | |
| ACCELLION, INC., | |
| Defendant. | |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND PO TO TOLL DEADLINES TO
RESPOND TO PLAINTIFFS' COMPLAINTS
Case No.: 5:21-cv-01155-EJD

| | |
|---|---|
| EUGENE BOLTON, on behalf of himself and all others similarly situated, <br><br>           Plaintiff, <br><br>     v. <br><br> ACCELLION, INC., <br><br>           Defendant. | Case No.  5:21-cv-01645-EJD <br><br> Filed March 8, 2021 |
| VALERIE WHITTAKER, on behalf of herself and all others similarly situated, <br><br>           Plaintiff, <br><br>     v. <br><br> ACCELLION, INC., <br><br>           Defendant. | Case No.  5:21-cv-01708-EJD <br><br> Filed March 11, 2021 |
| RICKY COCHRAN and ALAIN BERREBI, individually and on behalf of all others similarly situated, <br><br>           Plaintiffs, <br><br>     v. <br><br> THE KROGER CO. and ACCELLION, INC., <br><br>           Defendants. | Case No.  5:21-cv-01887-EJD <br><br> Filed March 17, 2021 |

| | |
|---|---|
| GRACE BEYER, individually and on behalf of all others similarly situated, | Case No. 5:21-cv-02239-EJD |
| | Filed March 30, 2021 |
| Plaintiff, | |
| v. | |
| FLAGSTAR BANCORP, INC. d/b/a FLAGSTAR BANK and ACCELLION, INC., | |
| Defendants. | |

| | |
|---|---|
| AARON SHARP, on behalf of himself and all others similarly situated, | Case No. 5:21-cv-02525-EJD |
| | Filed April 7, 2021 |
| Plaintiff, | |
| v. | |
| ACCELLION, INC., | |
| Defendant. | |

| | |
|---|---|
| JANET POLLARD, individually and on behalf of all others similarly situated, | Case No. 5:21-cv-02572-EJD |
| | Filed April 8, 2021 |
| Plaintiff, | |
| v. | |
| ACCELLION, INC., and FLAGSTAR BANCORP, INC. /d/b/a FLAGSTAR BANK, | |
| Defendants. | |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND PO TO TOLL DEADLINES TO
RESPOND TO PLAINTIFFS' COMPLAINTS
Case No.: 5:21-cv-01155-EJD

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

J. Doe, individually and on behalf of all others
similarly situated,

Plaintiff,

v.

HEALTH NET OF CALIFORNIA, INC.,
HEALTH NET LLC, AND ACCELLION,
INC.,

Defendants.

Case No. 5:21-cv-02975-EJD

Filed April 23, 2021

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND PO TO TOLL DEADLINES TO
RESPOND TO PLAINTIFFS' COMPLAINTS
Case No.: 5:21-cv-01155-EJD

1    WHEREAS, there are currently 12 related proposed consumer class actions pending

2    before the U.S. District Court for the Northern District of California against Defendant

3    Accellion, Inc. ("Accellion"):

4    • *Brown v. Accellion, Inc.*, No. 5:21-cv-01155-EJD, filed February 17, 2021;

5    • *Zebelman v. Accellion, Inc.*, No. 5:21-cv-01203-EJD, filed February 18, 2021;

6    • *Rodriguez v. Accellion, Inc.*, No. 5:21-cv-01272-EJD, filed February 22, 2021;

7    • *Stobbe v. Accellion, Inc.*, No 5:21-cv-01353-EJD, filed February 24, 2021;

8    • *Price v. Accellion, Inc.*, No. 3:21-01430-EJD, filed February 26, 2021;

9    • *Bolton v. Accellion, Inc.*, No. 5:21-cv-01645-EJD, filed March 8, 2021;

10   • *Whittaker v. Accellion, Inc.*, No. 5:21-cv-01708-EJD, filed March 11, 2021,

11   • *Cochran v. Kroger* and *Accellion, Inc.*, No. 5:21-cv-01887-EJD, filed March 17,

12      2021,

13   • *Beyer v. Flagstar Bank and Accellion, Inc.*, No. 5:21-cv-02239-EJD ("*Beyer*"), filed

14      March 30, 2021,

15   • *Sharp v. Accellion, Inc.*, No. 5:21-cv-02525-EJD, filed April 7, 2021,

16   • *Pollard v. Accellion, Inc. and Flagstar Bank*, No. 5:21-cv-02572-EJD, filed April 8,

17      2021,  and

18   • *Doe v. Health Net of California, Inc., Health Net LLC and Accellion, Inc.*, No. 5:21-

19      cv-02975-EJD, filed April 23, 2021, (together the "Related Actions").

20   WHEREAS, on March 31, 2021, Plaintiff's counsel in *Beyer* filed a Motion for Transfer

21   and Centralization with the Judicial Panel on Multidistrict Litigation ("JPML") to consolidate

22   and transfer to the Northern District of California (the "JPML Motion"), the Related Actions and

23   certain additional actions listed herein: *Jones v. The Kroger Company*, No. 1:21-cv-00146-TSB

24   (S.D. Oh.), *Govaert and Moore* v. *The Kroger Company*, No. 1:21-cv-00174-TSB (S.D. Oh.),

25   *Doty, Shaw, and Simpson v. The Kroger Company*, No. 1:21-cv-00198-DRC (S.D. Oh.), *Angus*

26   *and Wiedder v. Flagstar Bank, FSB*, No. 2:21-cv-10657-AJT-DRG (E.D. Mich.), *Garcia v.*

27   *Flagstar Bank, FSB*, No. 2:21-cv-10671-DPH-APP (E.D. Mich.).

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND PO TO TOLL DEADLINES TO
RESPOND TO PLAINTIFFS' COMPLAINTS
Case No.: 5:21-cv-01155-EJD

1    WHEREAS, on April 7, 2021, Plaintiffs' counsel in *Beyer* filed a motion to consolidate

2  the Related Actions, and any other related actions filed in, removed to, or transferred to the

3  Northern District of California ("Motion to Consolidate") under Fed. R. Civ. P. 42(a) and to set a

4  briefing schedule for the appointment of interim co-lead class counsel.

5    WHEREAS, due to the separate filing and service dates of each of the Plaintiffs'

6  complaints, Defendant's deadlines to respond to each of the Related Actions' complaints vary

7  with great degree.

8    WHEREAS, Plaintiffs' counsel for the Related Actions recognize that it would be

9  inefficient for Defendant to respond to each complaint, particularly in light of the recently-filed

10  JPML Motion and the Motion to Consolidate.

11    WHEREAS to conserve party resources and for efficiency, Accellion asked Plaintiffs to

12  extend its time to respond to each of the Related Actions' Complaints and Plaintiffs agreed.

13    NOW THEREFORE, the Parties through their respective counsel hereby STIPULATE

14  AND AGREE that:

15    1.    The deadlines for Accellion to answer, move, or otherwise respond to the

16  Complaints in each of the Related Actions shall be tolled.

17    2.    The Parties agree to promptly meet and confer and, within ten (10) days of this

18  Court's ruling on the Motion to Consolidate, submit a proposed schedule for the filing of any

19  further complaint(s), Accellion's response to the Complaints, and any other applicable

20  procedural deadlines based on the Court's ruling.

21

22  Dated: May 12, 2021                           Respectfully submitted,

23                                                /s/*Melanie M. Blunschi*
                                                  **LATHAM & WATKINS LLP**
24                                                Michael H. Rubin (CA Bar No. 214636)
                                                    *Michael.rubin@lw.com*
25                                                Melanie M. Blunschi (CA Bar No. 234264)
                                                    *Melanie.blunschi@lw.com*
26                                                505 Montgomery Street, Suite 2000
                                                  San Francisco, California 94111-6538
27                                                Telephone: +1.415.391.0600
                                                  Facsimile: +1.415.395.8095
28
                                                  Serrin A. Turner (*pro hac vice*)

STIP. AND PO TO TOLL DEADLINES TO
RESPOND TO PLAINTIFFS' COMPLAINTS
Case No.: 5:21-cv-01155-EJD

1                                    Serrin.turner@lw.com
                                   1271 Avenue of the Americas

2                                    New York, NY 10020
                                   Telephone: +1.212.906.1200

3                                    Facsimile: +1.212.751.4864

4                                    Attorneys for Defendant *Accellion Inc.*

5 Dated: May 12, 2021                 */s/ Polina Brandler*

6                                    JULIAN HAMMOND (CA Bar No. 268489)
                                   jhammond@hammondlawpc.com

7                                    POLINA BRANDLER (CA Bar No. 269086)
                                   pbrandler@hammondlawpc.com

8                                    ARI CHERNIAK (SBN 290071)
                                   acherniak@hammondlawpc.com

9                                    **HAMMONDLAW, PC**
                                   11780 W. Sample Road, Suite 1103

10                                   Coral Springs, FL 33065
                                  Tel: (310) 601-6766

11                                   Fax: (310) 295-2385

12                                   Krysta Kauble Pachman
                                  kpachman@susmangodfrey.com

13                                   Steven Sklaver
                                  ssklaver@susmangodfrey.com

14                                   **SUSMAN GODFREY L.L.P.**
                                  1900 Avenue of the Stars, Suite 1400

15                                   Los Angeles, CA 90067
                                  Tel: (310) 789-3100

16                                   Fax: (310) 789-3150

17                                   *Attorneys for Plaintiff Madalyn Brown, et al.*

18

19

20 Dated: May 12, 2021                 */s/ John A. Yanchunis*

21                                    MICHAEL F. RAM (CA Bar No. 104805)
                                   **MORGAN & MORGAN**
                                   **COMPLEX LITIGATION GROUP**

22                                   711 Van Ness Avenue, Suite 500
                                  San Francisco, CA 94102

23                                   Telephone: (415) 358-6913
                                  Facsimile: (415) 358-6923

24                                   mram@forthepeople.com

25                                   JOHN A. YANCHUNIS
                                  (*pro hac vice* application forthcoming)

26                                   RYAN D. MAXEY
                                  (*pro hac vice* application forthcoming)

27                                   **MORGAN & MORGAN COMPLEX**
                                  **LITIGATION GROUP**

28                                   201 N. Franklin Street, 7th Floor

1    Tampa, Florida 33602
     Tel: (813) 223-5505
2    jyanchunis@ForThePeople.com
     rmaxey@ForThePeople.com
3
     M. ANDERSON BERRY (CA Bar No.
4    262879)
     LESLIE GUILLON (CA Bar No. 222400)
5    **CLAYEO C. ARNOLD,**
     **A PROFESSIONAL LAW CORP.**
6    865 Howe Avenue
     Sacramento, CA 95825
7    Telephone: (916) 777-7777
     Facsimile: (916) 924-1829
8    aberry@justice4you.com
     lguillon@justice4you.com
9
     *Attorneys for Plaintiff Susan Zebelman*
10
     Dated: May 12, 2021        */s/ Simon Grille*
11                              DANIEL C. GIRARD (CA Bar No. 114826)
                                JORDAN ELIAS (CA Bar No. 228731)
12                              ADAM E. POLK (CA Bar No. 273000)
                                SIMON GRILLE (CA Bar No. 294914)
13                              **GIRARD SHARP LLP**
                                601 California Street, Suite 1400
14                              San Francisco, California 94108
                                Telephone: (415) 981-4800
15                              Facsimile: (415) 981-4846
                                dgirard@girardsharp.com
16                              jelias@girardsharp.com
                                apolk@girardsharp.com
17                              @girardsharp.com
18                              *Attorneys for Plaintiff Heather Rodriguez*
19
20   Dated: May 12, 2021        */s/ Andrew W. Ferich*
                                TINA WOLFSON (CA Bar No. 174806)
21                              *twolfson@ahdootwolfson.com*
                                ROBERT AHDOOT (CA Bar No. 172098)
22                              *rahdoot@ahdootwolfson.com*
                                THEODORE MAYA (CA Bar No.  223242)
23                              *tmaya@ahdootwolfson.com*
                                **AHDOOT & WOLFSON, PC**
24                              2600 W. Olive Avenue, Suite 500
                                Burbank, CA 91505-4521
25                              Telephone:  310.474.9111
                                Facsimile:   310.474.8585
26
                                ANDREW W. FERICH (*pro hac vice* pending)
27                              *aferich@ahdootwolfson.com*
                                **AHDOOT & WOLFSON, PC**
28                              201 King of Prussia Road, Suite 650

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND PO TO TOLL DEADLINES TO
RESPOND TO PLAINTIFFS' COMPLAINTS
Case No.: 5:21-cv-01155-EJD

1                                  Radnor, PA 19087
Telephone:  310.474.9111

2                                  Facsimile:   310.474.8585

3                                  BEN BARNOW (*pro hac vice*)
b.barnow@barnowlaw.com

4                                  ERICH P. SCHORK (*pro hac vice*)
e.schork@barnowlaw.com

5                                  ANTHONY L. PARKHILL (*pro hac vice*)
aparkhill@barnowlaw.com

6                                  **BARNOW AND ASSOCIATES, P.C.**
205 West Randolph Street, Suite 1630

7                                  Chicago, IL 60606
Telephone: 312.621.2000

8

9                                  *Attorneys for Plaintiff Jaramey Stobbe*

10   Dated: May 12, 2021                */s/ Gayle M. Blatt*
DAVID S. CASEY (CA Bar No. 060768)

11                               GAYLE M. BLATT (CA Bar No. 122048)
JEREMY ROBINSON (CA Bar No. 188325)

12                               P. CAMILLE GUERRA (CA Bar No. 326546)
CATHERINE M. MCBAIN (CA Bar No.

13                               303911)
**CASEY GERRY SHENK**

14                               **FRANCAVILLA BLATT & PENFIELD
LLP**

15                               110 Laurel Street
San Diego, CA 92101

16                               Tel: 619-238-1811
Fax: 619-544-9232

17                               dcasey@cglaw.com
gmb@cglaw.com

18                               jrobinson@cglaw.com
camille@cglaw.com

19                               kmcbain@cglaw.com

20                               *Attorneys for Plaintiff Christina Price*

21

22   Dated: May 12, 2021                */s/ Gary F. Lynch*
TODD D. CARPENTER (CA Bar No.

23                               234464)
tcarpenter@carlsonlynch.com

24                               **CARLSON LYNCH LLP**
1350 Columbia St., Ste. 603

25                               San Diego, CA 92101
Tel: 619-762-1900

26                               Fax: 619-756-6991

27                               GARY F. LYNCH (*pro hac vice forthcoming*)
glynch@carlsonlynch.com

28                               KELLY K. IVERSON (*pro hac vice*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND PO TO TOLL DEADLINES TO
RESPOND TO PLAINTIFFS' COMPLAINTS
Case No.: 5:21-cv-01155-EJD

1    *forthcoming*)
     kiverson@carlsonlynch.com
2    NICHOLAS COLELLA (*pro hac vice*
     *forthcoming*)
3    ncolella@carlsonlynch.com
     **CARLSON LYNCH LLP**
4    1133 Penn Ave., 5th Floor
     Pittsburgh, PA 15222
5    Tel: 412-322-9243
     Fax: 412-231-0246
6
     *Attorneys for Plaintiff Eugene Bolton*
7
8    Dated: May 12, 2021        */s/ Alex M. Outwater*
                                 **SCOTT+SCOTT ATTORNEYS AT LAW**
                                 **LLP**
9                                ALEX M. OUTWATER (CA Bar No.
                                 259062)
10                               aoutwater@scott-scott.com
                                 600 W. Broadway, Suite 3300
11                               San Diego, CA 92101
                                 Tel: 619-233-4565
12                               Fax: 619-233-0508

13                               JOSEPH P. GUGLIELMO (*pro hac vice*)
                                 jguglielmo@scott-scott.com
14                               ERIN GREEN COMITE (*pro hac vice*
                                 *forthcoming*)
15                               ecomite@scott-scott.com
16                               CAREY ALEXANDER (*pro hac vice*)
                                 calexander@scott-scott.com
17                               230 Park Avenue, 17th Floor
                                 New York, NY 10169
18                               Telephone: 212-223-6444
                                 Facsimile: 212-223-6334
19
20                               *Attorneys for Valerie Whittaker*

21   Dated: May 12, 2021        */s/ Andrew W. Ferich*
                                 TINA WOLFSON (CA Bar No.  174806)
22                               *twolfson@ahdootwolfson.com*
                                 ROBERT AHDOOT (CA Bar No.  172098)
23                               *rahdoot@ahdootwolfson.com*
                                 THEODORE MAYA (CA Bar No.  223242)
24                               *tmaya@ahdootwolfson.com*
                                 **AHDOOT & WOLFSON, PC**
25                               2600 W. Olive Avenue, Suite 500
                                 Burbank, CA 91505-4521
26                               Telephone:  310.474.9111
                                 Facsimile:   310.474.8585
27
                                 ANDREW W. FERICH (*pro hac vice*
28                               forthcoming)

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND PO TO TOLL DEADLINES TO
RESPOND TO PLAINTIFFS' COMPLAINTS
Case No.: 5:21-cv-01155-EJD

1    aferich@ahdootwolfson.com
     **AHDOOT & WOLFSON, PC**
2    201 King of Prussia Road, Suite 650
     Radnor, PA 19087
3    Telephone:  310.474.9111
     Facsimile:   310.474.8585
4
     BEN BARNOW (*pro hac vice*)
5    b.barnow@barnowlaw.com
     ERICH P. SCHORK (*pro hac vice*)
6    e.schork@barnowlaw.com
     ANTHONY L. PARKHILL (*pro hac vice*)
7    aparkhill@barnowlaw.com
     **BARNOW AND ASSOCIATES, P.C.**
8    205 West Randolph Street, Suite 1630
     Chicago, IL 60606
9    Telephone: 312.621.2000

10   *Attorneys for Plaintiffs Ricky Cochran and*
     *Alan Berrebi*
11

12
     Dated: May 12, 2021                   /s/ Andrew W. Ferich
13                                         TINA WOLFSON (CA Bar No.  174806)
                                           twolfson@ahdootwolfson.com
14                                         ROBERT AHDOOT (CA Bar No.  172098)
                                           rahdoot@ahdootwolfson.com
15                                         THEODORE MAYA (CA Bar No.  223242)
                                           tmaya@ahdootwolfson.com
16                                         **AHDOOT & WOLFSON, PC**
                                           2600 W. Olive Avenue, Suite 500
17                                         Burbank, CA 91505-4521
                                           Telephone:  310.474.9111
18                                         Facsimile:   310.474.8585

19                                         ANDREW W. FERICH (*pro hac vice* pending)
                                           aferich@ahdootwolfson.com
20                                         **AHDOOT & WOLFSON, PC**
                                           201 King of Prussia Road, Suite 650
21                                         Radnor, PA 19087
                                           Telephone:  310.474.9111
22                                         Facsimile:   310.474.8585

23                                         *Attorneys for Plaintiff Grace Beyer*

24

25   Dated: May 12, 2021                   /s/ Kate M. Baxter-Kauf
                                           TODD D. CARPENTER (CA Bar No.
26                                         234464)
                                           tcarpenter@carlsonlynch.com
27                                         **CARLSON LYNCH LLP**
                                           1350 Columbia St., Ste. 603
28                                         San Diego, CA 92101

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO
                                           STIP. AND PO TO TOLL DEADLINES TO
                                           RESPOND TO PLAINTIFFS' COMPLAINTS
                                           Case No.: 5:21-cv-01155-EJD

1    Tel: 619-762-1900
     Fax: 619-756-6991
2
3    KAREN HANSON RIEBEL (*pro hac vice*
     *forthcoming*)
4    khriebel@locklaw.com
     KATE M. BAXTER-KAUF (*pro hac vice*
5    *forthcoming*)
     kmbaxter-kauf@locklaw.com
6    **LOCKRIDGE GRINDAL NAUEN P.L.L.P**
     100 Washington Avenue South, Suite 2200
7    Minneapolis, MN 55401
8
     *Attorneys for Plaintiff Aaron Sharp*
9

10   Dated: May 12, 2021               /s/ Jonathan Rotter
                                       KARA M. WOLKE (CA Bar No. 241521)
11                                     kwolke@glancylaw.com
                                       MARC L. GODINO (CA Bar No. 182689)
12                                     mgodino@glancylaw.com
                                       JONATHAN ROTTER (CA Bar No. 234137)
13                                     jrotter@glancylaw.com
                                       PAVITHRA RAJESH (CA Bar No. 323055)
14                                     prajesh@glancylaw.com
                                       **GLANCY PRONGAY & MURRAY LLP**
15                                     1925 Century Park East, Suite 2100
                                       Los Angeles, California 90067
16                                     Telephone: +1.310.201.9150
                                       Facsimile: +1.310.201.9160
17
18
                                       *Attorneys for Plaintiff Janet Pollard*
19

20

21                                     /s/ Matthew B. George
     Dated: May 12, 2021               LAURENCE D. KING
22                                     lking@kaplanfox.com
                                       MATTHEW B. GEORGE
23                                     mgeorge@kaplanfox.com
                                       MARIO M. CHOI
24                                     mchoi@kaplanfox.com
                                       **KAPLAN FOX & KILSHEIMER LLP**
25                                     1999 Harrison Street, Suite 1560
                                       Oakland, California 94104
26                                     Telephone: +1.415.772.4700
27                                     Facsimile: +1.415.772.4707
28

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND PO TO TOLL DEADLINES TO
RESPOND TO PLAINTIFFS' COMPLAINTS
Case No.: 5:21-cv-01155-EJD

1

2

3

4

5

6

7

8

9

10

JOEL B. STRAUSS (*pro hac vice* to be filed)
*jstrauss@kaplanfox.com*
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14ᵗʰ Floor
New York, NY 10022
Telephone: +1.212.678.1980
Facsimile: +1.212.678.7714

*Attorneys for Plaintiff J. Doe*

11

PURSUANT TO THE FOREGOING STIPULATION, **IT IS SO ORDERED.**

12

13

DATED: _May 13, 2021_

Hon. Edward J. Davila
United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS⊔⊔
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND PO TO TOLL DEADLINES TO
RESPOND TO PLAINTIFFS' COMPLAINTS
Case No.: 5:21-cv-01155-EJD